UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

Case No. 6:12-cv-1569-Orl-28TBS

DOUGLAS KISSELL, an individual,
WILLIAM LUIS HAMEL, an individual,
ADAM DIETTERICH, an individual,
ST. JUDE MEDICAL S.C., INC., a Minnesota
corporation

      Plaintiffs,

v.

BIOSENSE WEBSTER, INC., a California
corporation and a subsidiary of  JOHNSON
& JOHNSON, a New Jersey Corporation

      Defendants.
.
                                               /

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Douglas Kissell ("Kissel"), William Luis Hamel ("Hamel"), Adam Dietterich ("Dietterich") and St. Jude Medical S.C., Inc. ("St. Jude") (collectively "Plaintiffs"), and Defendant, Johnson & Johnson ("J & J") by and through undersigned counsel and pursuant to Fed. Rule of Civ. P. 41, hereby stipulate to the dismissal of Johnson & Johnson ("J & J"), from the above styled action without prejudice.  The Plaintiffs and J&J shall each bear their own attorneys' fees and costs.

Dated this 3rd day of December, 2012.

Case No. 6:12-cv-1569-Orl-28TBS

| | |
|---|---|
| FELDMAN GALE, P.A.<br>One Biscayne Tower, 30th Floor<br>South Biscayne Boulevard<br>Miami, Florida 33131-4332<br>Telephone:  305-358-5001<br>Facsimile:  305-358-3309 | STEARNS WEAVER MILLER<br>WEISSLER ALHADEFF & SITTERSON,<br>P.A.<br>150 West Flagler Street, Suite 2200<br>Miami, FL 33130<br>Telephone: (305) 789-3200<br>Facsimile:  (305) 789-3395 |
| By: */s/Christina DeAngelis*<br>    James A. Gale/371726<br>    JGale@FeldmanGale.com<br>    Alejandro J. Fernandez/032221<br>    AFernandez@FeldmanGale.com<br>    Christopher P. Demetriades/112917<br>    CDemetriades@FeldmanGale.com<br>    Christina DeAngelis/664456<br>    CDeAngelis@FeldmanGale.com<br>    *ATTORNEYS FOR PLAINTIFFS* | By:  */s/ Eric Roth*<br>Eric S. Roth/864935<br>eroth@stearnsweaver.com<br>Christopher A. Barnett/360510<br>cbarnett@stearnsweaver.com<br>*ATTORNEYS FOR J & J AND BIOSENSE WEBSTER, INC.* |